UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Netatmo, LLC,<br><br>    Defendant. | Case No.: 3:16-cv-05212-JST<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL<br><br>Assigned to the Hon. Jon S. Tigar |

Having considered the parties' Stipulation of Dismissal, the Court hereby **ORDERS** as follows:

All claims of infringement that Plaintiff raised or could have raised in this action are dismissed **WITH PREJUDICE**. All claims, defenses, or counterclaims that Defendant raised or could have raised in this action are dismissed **WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: March 10, 2017

_____
United States District Judge

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323